UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

BERNIE RAY MCGILL,           )
                             )
        Petitioner,          )
                             )
v.                           )    No.:  3:21-CV-23-TAV-HBG
                             )
HILTON HALL, JR.,            )
                             )
        Respondent.          )

## **JUDGMENT ORDER**

In accordance with the Memorandum Opinion entered today, Bernie Ray McGill's petition for a writ of habeas corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

IT IS SO ORDERED.

                              s/ Thomas A. Varlan
                              UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

   LeAnna R. Wilson
    CLERK OF COURT